**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| **ALLEGHENY CASUALTY COMPANY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:18-cv-00880** |
| | ) | |
| **RALPH A. DIETZE, *et al.*** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**STIPULATION OF DISMISSAL OF DEFENDANT GARY P. BOWMAN**

COME NOW Plaintiff Allegheny Casualty Company and Defendant Gary P. Bowman, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) respectfully submit this Stipulation of Dismissal of Defendant Gary P. Bowman, only, and with prejudice.

WHEREFORE, Plaintiff Allegheny Casualty Company and Defendant Gary P. Bowman, only, request that this Court enter an order that Plaintiff Allegheny Casualty Company's claims against Defendant Gary P. Bowman, only, be dismissed with prejudice.

Dated: December 4, 2018

Respectfully submitted,

**ALLEGHENY CASUALTY COMPANY**

By counsel:

/s/ Shoshana E. Rothman
Lauren P. McLaughlin, Esq.
Virginia Bar No. 44975
Shoshana E. Rothman, Esq.
Virginia Bar No. 73377
Attorneys for Allegheny Casualty Company
BRIGLIAMCLAUGHLIN, PLLC
1950 Old Gallows Road, Suite 750
Tysons Corner, Virginia 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140

lmclaughlin@briglialaw.com
srothman@briglialaw.com

and

**GARY P. BOWMAN**

/s/ Edward W. Cameron
Edward W. Cameron, Esq.
Virginia Bar No. 29448
Eric S. Waldman, Esq.
Virginia Bar No. 65970
Matthew H. Sorensen, Esq.
Virginia Bar No. 90431
Attorneys for Gary P. Bowman
CAMERON/McEVOY PLLC
4100 Monument Corner Drive, Suite 420
Fairfax, Virginia 22030
Telephone: (703) 273-8898
Facsimile: (703) 273-8897
ecameron@cameronmcevoy.com
msorensen@cameronmcevoy.com
ewaldman@cameronmcevoy.com